UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MILTON RODGERS,

        Plaintiff,

  v.                                           Case No. 05-C-229

TOM MICHLOWISKI, et al.,

        Defendants.

**ORDER**

Plaintiff Milton Rodgers, currently incarcerated at the Wisconsin Resource Center, sued his doctors for violations of his civil rights stemming from their alleged failure to diagnose his glaucoma. After he amended his complaint to add the individuals actually responsible for his treatment, the defendants moved for summary judgment and filed several affidavits accompanying their motion. The plaintiff has not responded to their motion.

What the defendants' affidavits reveal is that, in contrast to his unsupported claims to the contrary, Rodgers received adequate, even thorough, medical care. The first time he complained of eye trouble was in January 2005, when he presented with crusty eyes and discharge. That day, he was seen by a nurse and then a doctor at the WRC. He was given eye drops for pink eye, but an evaluation was scheduled on his behalf with an off-site opthamologist in February. It was that examination which revealed his glaucoma. He received appropriate treatment and medication to treat that condition.

His complaint seems to be based on the delay in diagnosing his glaucoma. He filed an unusual affidavit signed by himself but written in the third person; in it he suggests he was told by the opthamologist that the delay in glaucoma diagnosis might cause him to go blind in one eye. (*See* Docket #7.) Even were I to consider this affidavit as evidence, it does not support the notion that there was any malfeasance or negligence involved in his eye care at the WRC. Upon presenting symptoms, he was examined and an appointment was made for him with a specialist. After that, the evidence shows that several doctors were involved in his treatment. It appears clear that Rodgers received adequate medical care, and there is no evidence to the contrary. Accordingly, the defendants' uncontested motion for summary judgment is granted, and this case is dismissed.

    **SO ORDERED** this   12th   day of December, 2005.

    s/ William C. Griesbach
    William C. Griesbach
    United States District Judge